Miller *v.* Adsit.

MOTION to set aside inquest. The suit was commenced in *December* last, by the service of a declaration containing a count on a promissory note and the common money counts. On the 26th December, the defendant pleaded *specially*, that before the commencement of the suit, to wit, on, &c., the plaintiffs *for a valuable consideration agreed to give time of payment* until the *first day* of January, 1837. The plaintiffs' attorney, believing the plea to be *false*, and knowing that he might apply to have it struck out upon that ground, instead of taking that [657] course, put in a *replication* denying *that the plaintiffs for a valuable consideration agreed to give time, &c.*, concluding to the country, and adding a *similiter*, which on the 31st December was served on the defendant's attorney, together with *a notice of trial* for the Essex circuit, to be held on the *third Wednesday of January.* On the 16th January the defendant served a *general demurrer.* The plaintiffs' attorney disregarded the demurrer, took an inquest and entered judgment on the same, on the 28th day of January, and issued an execution. On these facts the defendant moved to set aside the inquest and all subsequent proceedings. The plaintiffs made an affidavit that the plea was false.

---

### MILLER *vs.* ADSIT.

*Costs* in the court for the correction of errors.

COSTS in the court for the correction of errors. A motion was made for the re-taxation of a bill of costs on a writ of error decided in the court for the correction of errors. Various items were objected to which had been allowed by the

taxing officer. Mr. Justice *Bronson,* who presided at this term, pronounced the following items to be correct, viz. : Drawing case, fol. 4, at 25 cts. ; engrossing same, including writ of error, return, assignment, and rejoinder, at $12\frac{1}{2}$ cts. per fol. ; copy for printer at 10 cts. per fol. ; and copy for counsel at 6 cts. per fol. The motion was then withdrawn, the parties agreeing to a re-taxation.(*a*)

---

(*a*) In the case of the Ætna Insurance Company v. Tyler, reported in 16 Wendell, 385, the above items were allowed ; the costs being taxed by Mr. Justice Bronson, and the items strictly scrutinized by counsel. Besides the above items, the defendant (Tyler) was allowed a charge for drawing up a roll of the judgment in the court for the correction of errors, and en grossing the same with the writ of error, return, assignment, rejoinder, entries after issue joined and judgment in that court—the draft at 25 cts. ; engrossing at $12\frac{1}{2}$ cts. It was also conceded by *counsel,* that the drawing of *points* and a copy for each member of the court was a taxable tem.